UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PATRICK JONES,                        :

      Petitioner            :
                                    CIVIL ACTION NO. 3:13-3105
      v.                    :
                                    (Judge Mannion)
WARDEN J.E. THOMAS            :

      Respondent            :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED**.

2. Petitioner's motions for release pending habeas corpus proceedings (Doc. Nos. 7, 12) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

                                    s/ *Malachy E. Mannion*
                                  **MALACHY E. MANNION**
                                  **United States District Judge**

**DATE: July 7, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-3105-01-ORDER.wpd