**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**PATRICK JONES,**                                    :

                          **Petitioner**          :
                                                              **CIVIL ACTION NO. 3:13-3105**
          **v.**                                          :
                                                                  **(Judge Mannion)**
**WARDEN J.E. THOMAS**                        :

                          **Respondent**        :

**ORDER**

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

> 1.    Petitioner's motion for leave to supplement his motion
>        for reconsideration (Doc. 19), is **GRANTED**.
>
> 2.    Petitioner's motion for reconsideration of the Court's
>        July 7, 2014, Memorandum and Order dismissing the
>        petition for writ of habeas corpus, (Doc. 16), is
>        **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 20, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-3105-02-ORDER-wpd.wpd